IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KERMIT O. ROGERS                                                                                      PLAINTIFF

V.                                                                         CAUSE NO.: 1:13CV243-SA-DAS

CITY OF TUPELO, MISS., ET AL.                                                                   DEFENDANTS

ORDER

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion for Partial Summary Judgment [80] is DENIED.

SO ORDERED, this the 31st day of March, 2015.

                                               **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**