IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KERMIT O. ROGERS                                                                                    PLAINTIFF

V.                                                                CAUSE NO.: 1:13CV243-SA-DAS

CITY OF TUPELO, MISS., ET AL.                                             DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Defendants' motions for summary judgment [115, 118, 119] are GRANTED. Plaintiff's Motion for Summary Judgment [80] is DENIED. Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 29th day of May, 2015.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**