IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KERMIT O. ROGERS                                                                                   PLAINTIFF

V.                                                                              CAUSE NO.: 1:13CV243-SA-DAS

CITY OF TUPELO, MISS., ET AL.                                                               DEFENDANTS

JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Samuel T. Warren and Paul Howelll's motions for summary judgment [171, 173] are GRANTED. The Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 13th day of July, 2016.

                                                                     **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT JUDGE**