Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

### NOTICE

KERMIT O. ROGERS                          PLAINTIFF

V.                    CASE NO. 1:13CV243-SA-DAS

LEE COUNTY, MISSISSIPPI, ET AL.        DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 1 - THIRD FLOOR**<br>**TUESDAY, AUGUST 1, 2017**<br>**9:40 A.M.** |

**Type of Proceeding**
**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE SHARION AYCOCK.**
**YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE.**

DAVID CREWS, Clerk of Court

BY: /s/ Parker Kline
Parker Kline – Acting Courtroom Deputy

Date: May 11, 2017

To: Daniel M. Waide (electronic notice only)
Gary Carnathan (electronic notice only)
William C. Murphree (electronic notice only)
John Samuel Hill (electronic notice only)
Stephen Pierce Spencer (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**