UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

KERMIT O. ROGERS                                          PLAINTIFF

V.                              CIVIL ACTION NO. 1:13-CV-00243-SA-DAS

LEE COUNTY, MISSISSIPPI, ET AL                           DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case is **SET** for the place, date, and time set forth below:

---

| **Place** | **Room No.** |
|---|---|
| UNITED STATES FEDERAL BUILDING ABERDEEN, MISSISSIPPI | Telephonic |

| **Date and Time** |
|---|
| July 20, 2017 1:30 p.m. |

---

**Type of Proceeding**

**TELEPHONIC STATUS CONFERENCE**
**BEFORE U. S. MAGISTRATE JUDGE DAVID A. SANDERS**

*CONFERENCE CALL TO BE INITIATED BY COUNSEL FOR LEE COUNTY*

---

**DAVID CREWS**
**Clerk of Court**

/s/ Jennifer L.  Frantz
Courtroom Deputy

Date:   July 19, 2017
To:     All Counsel of Record