UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KERMIT O. ROGERS                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:13-cv-00243-SA-DAS

SAMUEL T. WARREN, in his individual capacity
as a Lee County Sheriff's Department Law
Enforcement Officer; and PAUL HOWELL,
in his individual capacity as a Lieutenant with
the City of Tupelo Police Department                                              DEFENDANTS

## ORDER OF DISMISSAL

The Court having been advised that this action has been resolved between the parties, it is hereby ORDERED that this action is dismissed with prejudice, with each party to be responsible for the payment of their own costs, including attorney's fees.

SO ORDERED: October 18, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Daniel Waide
DANIEL WAIDE, MB# 103543
ATTORNEY FOR THE PLAINTIFF

/s/ William C. Murphree
WILLIAM C. MURPHREE, MB# 3661
ATTORNEY FOR SAM WARREN

/s/ John S. Hill
JOHN S. HILL, MB# 2451
ATTORNEY FOR PAUL HOWELL